<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY FINKLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CORNUCOPIA LOGISTICS, LLC,<br><br>  Defendant. | No. 25cv16300 (EP) (MAH)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

*Pro se* Plaintiff Timothy Finkley seeks to proceed *in forma pauperis* ("IFP") in this action against Defendant Cornucopia Logistics, LLC. *See* D.E. 1 ("Complaint"). On October 9, 2025, the Court issued a memorandum order denying Plaintiff's first IFP application, D.E. 1-1, because Plaintiff failed to provide adequate information to the Court. D.E. 3 ("Memorandum Order").

Following the Memorandum Order, Plaintiff filed D.E. 4, his second IFP application. However, Plaintiff did not use the proper form required by the Court (Form AO 239, available at https://www.njd.uscourts.gov/sites/njd/files/forms/AO-239.pdf). Accordingly,

**IT IS**, on this <u>13th</u> day of <u>November</u> 2025,

**ORDERED** that Plaintiff's second IFP application, D.E. 4, is **DENIED** *without prejudice*; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action he shall either, within **30 days** of entry of this Order: (1) pay the $405 civil filing and administrative fees, pursuant to 28 U.S.C. § 1914(a) and Appendix K to the Local Civil Rules; or (2) submit a properly completed IFP

application on **Form AO 239**, available at https://www.njd.uscourts.gov/sites/njd/files/forms/AO-239.pdf;[1] and it is further

   **ORDERED** that the Clerk of Court shall send Plaintiff a blank Form AO 239 by regular mail; and it is finally

   **ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff by regular mail.

                      _Evelyn Padin_
                      Evelyn Padin, U.S.D.J.

---

[1] Plaintiff should provide the information included in D.E. 4 on the AO 239 Form.